IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| MEKILA ANTOINETTE SMITH ) | CASE NO.: 314-02850 |
| ) | JUDGE: HARRISON |
| Debtor. ) | |

**AGREED ORDER AMENDING CONFIRMATION ORDER**

BY AGREEMENT OF THE DEBTOR AND CHAPTER 13 TRUSTEE, evidenced by signatures entered below respectively, it is hereby agreed that:

1. The debtor obtained automobile insurance through Priority Insurance Agency for her 2005 Nissan Murano, VIN#JN8AZ08W25W412495 effective 6/1/14. The regular monthly premium is $92.19, effective 6/1/14.

2. The claim of Priority Insurance should be treated as an administrative expense, to be paid at $92.19 monthly, effective 6/1/14.

3. The Debtor's plan payments will increase to $562.00 monthly, and the base will increase to $32,414.00

4. No other creditors will be affected.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY.AS INDICA TED A T THE TOP OF THE FIRST PA GE.*

APPROVED FOR ENTRY:

*/s/____MarkR. Podis_____*
**MARK RICHARD PODIS**
MARK PODIS & ASSOCIATES
1161 MURFREESBORO RD STE 300
NASHVILLE, TN 37217
615 399-3800
Fax : 615 399-9794
Email: PodisBankruptcy@aol.com


*/s/_____*
HENRY E. HILDEBRAND. Ill
CHAPTER 13 TRUSTEE
PO Box 340019
 Nashville, TN 37203-0019
(615)244-1101 (telephone)
(615)242-3241 (facsimile)
pleadings@ch 13nsh. com