```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                          Case No. 14-02850-MFH
MEKILA ANTOINETTE SMITH                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: ko8454      Page 1 of 1      Date Rcvd: Aug 22, 2014
                    Form ID: pdf001      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2014.
db        +MEKILA ANTOINETTE SMITH,   555 N DUPONT AVE D-80,   MADISON, TN 37115-3273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2014 at the address(es) listed below:
        HENRY EDWARD HILDEBRAND, III   hhecf@ch13nsh.com
        MARK RICHARD PODIS   on behalf of Debtor MEKILA ANTOINETTE SMITH PodisBankruptcy@aol.com
        MARK RICHARD PODIS   on behalf of Plaintiff MEKILA ANTOINETTE SMITH PodisBankruptcy@aol.com
        US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
        WILLIAM A VERNICH   on behalf of Creditor   E&D Auto Sales bvernich@yahoo.com
        WILLIAM A VERNICH   on behalf of Defendant   E & D AUTO SALES bvernich@yahoo.com
                                          TOTAL: 6

*Marian F. Harrison*
US Bankruptcy Judge

Dated: 8/22/2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

LC

IN RE:
MEKILA ANTOINETTE SMITH
555 N DUPONT AVE D 80
MADISON, TN  37115

CASE NO. 14-02850-MH3-13
08/21/2014

SSN XXX-XX-1115                **AMENDED**

### ORDER TO PAY TRUSTEE

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$562.00 MONTHLY** and each succeeding period thereafter, at least monthly, to:

CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check  or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

cc: MEKILA ANTOINETTE SMITH
    MARK PODIS AND ASSOCIATES
    HENRY E. HILDEBRAND, III
    PAID DIRECT BY DEBTOR

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.